**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MUHAMMAD AHMAD ABDALLAH AL ANSI**, <u>et al.</u>, | : |
| Petitioners, | : |
| v. | : Civil Action No. 08-1923 (GK) |
| **GEORGE W. BUSH**, <u>et al.</u>, | : |
| Respondents. | : |

**ORDER**

On April 4, 2005, the Court entered a preliminary injunction in <u>Al-Marri v. Bush</u>, No. 04-CV-2035, and <u>Al-Joudi v. Bush</u>, No. 05-CV-301, requiring Respondents to provide Petitioners' counsel and the Court with 30 days' notice prior to transporting or removing Petitioners from Guantanamo Bay Naval Base.

Based on the reasoning set forth in the Al-Marri and Al-Joudi Memorandum Opinions and Orders, it is hereby

**ORDERED** that the Government shall provide Petitioners' counsel and the Court with 30 days' notice prior to transporting or removing Petitioner from Guantanamo Bay Naval Base; it is further

**ORDERED** that this Order shall remain in effect until the final resolution of Petitioners' habeas claim unless otherwise modified or dissolved.

December 29, 2008

/s/
Gladys Kessler
United States District Judge

<u>Copies to</u>:  Attorneys of Record via ECF