**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
_____
                               :
MUHAMMAD AHMAD ABDALLAH         :
AL ANSI, et al.,                :
                               :
     Petitioners,              :
                               :
     v.                         :    Civil Action No. 08-1923 (GK)
                               :
BARACK H. OBAMA, et al.,        :
                               :
     Respondents.              :
_____:
```

### ORDER

A Status Conference was held in this case on June 9, 2009. Upon consideration of the representations of the parties, and the entire record herein, it is hereby

**ORDERED**, that Petitioner shall file any motions related to discovery by **June 29, 2009.** The Government's opposition is due **July 13, 2009,** and Petitioner's reply is due **July 20, 2009**; and it is further

**ORDERED**, that a motions hearing related to discovery disputes is scheduled for **August 17, 2009, at 10:00 a.m.**; and it is further

**ORDERED**, that if parties are unable to reach an agreement on the production of medical records, Petitioner is permitted to file an emergency motion related to production of those records. Additionally, in the event that the dispute cannot be resolved by parties, the Government shall consult with their clients and

provide a detailed report to the Court about Petitioner's medical condition.

|  |  |
|---|---|
| June 10, 2009 | /s/ <br> Gladys Kessler <br> United States District Judge |

<u>Copies to</u>:  Attorneys of Record via ECF