# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MUHAMMAD AHMAD ABDALLAH AL-ANSI,** : | |
| : | |
| Petitioner, : | |
| : | |
| v. : | Civil Action No. 08-1923 (GK) |
| : | |
| **BARACK H. OBAMA,** *et al.*, : | |
| : | |
| Respondents. : | |

## ORDER

The Court has received Petitioner's Emergency Motion to Compel Production of Medical Records.  It is this 19th day of June, 200, hereby

**ORDERED**, that the Government respond to Petitioner's Emergency Motion no later than **June 22, 2009**.

/s/<br>
Gladys Kessler<br>
United States District Judge

**Copies via ECF to all counsel of record**