**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **MOHAMMAD AL-ADAHI, et al.,** | : | |
| | : | |
| Petitioners, | : | |
| | : | |
| v. | : | Civil Action No. 05-280 (GK) |
| | : | |
| **BARACK H. OBAMA, et al.,** | : | |
| | : | |
| Respondents. | : | |
| _____ | : | |
| | : | |
| **RAFIQ BIN BASHIR BIN JALLUL ALHAMI, et al.,** | : | |
| | : | |
| Petitioners, | : | |
| | : | |
| v. | : | Civil Action No. 05-359 (GK) |
| | : | |
| **BARACK H. OBAMA, et al.,** | : | |
| | : | |
| Respondents. | : | |
| _____ | : | |
| | : | |
| **FARHI SAEED BIN MOHAMMED, et al.,** | : | |
| | : | |
| Petitioners, | : | |
| | : | |
| v. | : | Civil Action No. 05-1347 (GK) |
| | : | |
| **BARACK H. OBAMA, et al.,** | : | |
| | : | |
| Respondents. | : | |
| _____ | | |
| **JIHAD DHIAB, et al.,** | : | |
| | : | |
| Petitioners, | : | |
| | : | |
| v. | : | Civil Action No. 05-1457 (GK) |
| | : | |
| **BARACK H. OBAMA, et al.,** | : | |
| | : | |
| Respondents. | : | |
| _____ | : | |

```
HAMID AL RAZAK, et al.,            :
                                   :
            Petitioners,           :
                                   :
            v.                     :   Civil Action No. 05-1601 (GK)
                                   :
BARACK H. OBAMA, et al.,           :
                                   :
            Respondents.           :
_____:
                                   :
ALLA ALI BIN ALI AHMED, _____     :
et al.,                            :
                                   :
            Petitioners,           :
                                   :
            v.                     :   Civil Action No. 05-1678 (GK)
                                   :
BARACK H. OBAMA, et al.,           :
                                   :
            Respondents.           :
_____:
                                   :
MOHAMMED AHMED TAHER, et al.,      :
                                   :
            Petitioners,           :
                                   :
            v.                     :   Civil Action No. 06-1684 (GK)
                                   :
BARACK H. OBAMA, et al.,           :
                                   :
            Respondents.           :
                                   :
_____

MUHAMMAD AHMAD ABDALLAH            :
AL ANSI, et al.,                   :
                                   :
            Petitioners,           :
                                   :
            v.                     :   Civil Action No. 08-1923 (GK)
                                   :
BARACK H. OBAMA, et al.,           :
                                   :
            Respondents.           :
                                   :
_____:
```

**ORDER**

It is hereby ordered that Petitioners shall, from this date forward, file with the Court two copies of all classified submissions.

August 11, 2009  
/s/  
Gladys Kessler  
United States District Judge

**Copies to**: Attorneys of Record via ECF