**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **MUHAMMAD AHMAD ABDALLAH AL ANSI, et al.**, : <br><br> Petitioners, : <br><br> v. : <br><br> **BARACK H. OBAMA, et al.**, : <br><br> Respondents. : | Civil Action No. 08-1923 (GK) |

### ORDER

Upon consideration of the fact that a Motions Hearing is scheduled to take place regarding Petitioner's Motion to Compel Discovery and Production of Exculpatory Information [Dkt. Nos. 99-100], and of the representations made by parties, the Court concludes that the following Order will help narrow issues that need to be addressed at the Hearing.  It is hereby

**ORDERED**, that the Government shall submit by **August 14, 2009, at 2:00 p.m.**, a Praecipe indicating where, if at all, it can certify or has certified that it has already conducted the requested search(es) and complied with its obligations under the Court's Case Management Order.

|  |  |
|---|---|
| August 12, 2009 | /s/ <br> Gladys Kessler <br> United States District Judge |

**Copies to**: Attorneys of Record via ECF