**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
_____
                               :
MUHAMMAD AHMAD ABDALLAH        :
AL-ANSI, et al.,               :
                               :
     Petitioners,              :
                               :
     v.                        :    Civil Action No. 08-1923 (GK)
                               :
GEORGE W. BUSH, et al.,        :
                               :
     Respondents.              :
_____:
```

### ORDER

A Motions Hearing was held in this case on August 17, 2009, which was closed to the public due to the discussion of classified information. Upon consideration of Petitioner Al-Ansi's Motion to Compel Discovery and Production of Exculpatory Evidence [Dkt. Nos. 99/100], the Government's Opposition [Dkt. No. 111], Petitioner's Reply [Dkt. No. 116], representations of the parties, and the entire record herein, it is hereby

**ORDERED**, that within 48 hours of this Order, Petitioner shall submit any proposed language to be included in the Court's final Order regarding the search procedures to be used by the Guantanamo Review Task; and it is further

**ORDERED**, that the Government shall file any opposition to Petitioner's submission within 48 hours of that filing.

```
                                    /s/
_____    _____
August 17, 2009             Gladys Kessler
                            United States District Judge
```

Copies to:  Attorneys of Record via ECF