**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MUHAMMAD AHMAD ABDALLAH** : | |
| **AL ANSI, et al.,** : | |
| : | |
| **Petitioners,** : | |
| : | |
| **v.** : | **Civil Action No. 08-1923 (GK)** |
| : | |
| **BARACK H. OBAMA, et al.,** : | |
| : | |
| **Respondents.** : | |
| : | |

**ORDER**

A telephone conference was held on the record in this case on December 9, 2010. Upon consideration of the representations of the parties, and the entire record herein, it is hereby

**ORDERED**, that the parties shall set aside **March 21, 2011 through March 30, 2011** as alternative dates for the Merits Hearing; and it is further

**ORDERED**, a telephone conference shall be held on **December 16, 2010** at **10:00 a.m.**

December 9, 2010

/s/_____
Gladys Kessler
United States District Judge