UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
MUHAMMAD AHMAD ABDALLAH          :
AL ANSI, et al.,                 :
                                 :
     Petitioners,                :
                                 :
     v.                          :   Civil Action No. 08-1923 (GK)
                                 :
BARACK H. OBAMA, et al.,         :
                                 :
     Respondents.                :
_____:
```

### ORDER

A telephone conference was held on the record in this case on December 20, 2010. Upon consideration of the representations of the parties, and the entire record herein, it is hereby

**ORDERED,** that the Merits Hearing in this case is rescheduled to **May 2 - 10, 2011;** and it is further

**ORDERED,** a Pretrial Conference will take place on **April 20, 2011** at **3:30 p.m.;** and it is further

**ORDERED,** that the parties shall submit a proposed briefing schedule for their Motions for Judgment on the Record and a deadline for the Government's production of all inculpatory evidence by **January 7, 2011.**

December 20, 2010

/s/
Gladys Kessler
United States District Judge