**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MUHAMMAD AHMAD ABDALLAH AL-ANSI, | : |
| | : |
| Petitioner, | : |
| | : |
| v. | :   **Civil Action No. 08-1923 (GK)** |
| | : |
| BARACK H. OBAMA, <u>et</u> <u>al.</u>, | : |
| | : |
| Respondents. | : |

## <u>ORDER</u>

Based upon an on-the-record conference call held on June 9, 2011, with all counsel, the Court grants Petitioner's request for a stay, and it is hereby

**ORDERED**, that the case will be stayed until **September 15, 2011**; and it is further

**ORDERED**, that parties shall file a joint praecipe on **September 15, 2011**, by **5 p.m.**, addressing the status of any writ for certiorari filed in <u>Uthman v. Obama</u>, No. 10-5253 (D.C. Cir. March 29, 2011); and it is further

**ORDERED**, that Petitioner may file a motion containing no more than **seven** pages identifying issues he believes should be considered while the case is stayed; Respondents may file an opposition to any such motion containing no more than **seven** pages; Petitioner may file a reply containing no more than **three** pages.

June 10, 2011

/s/_____
Gladys Kessler
United States District Judge

<u>Copies to</u>:  Attorneys of Record via ECF